## United States District Court for the Northern District of Illinois

Case Number: 08CV2470                    Assigned/Issued By: PH

Judge Name: CASTILLO                     Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*     [✓] $350.00      [ ] $39.00       [ ] $5.00

                  [ ] IFP          [ ] No Fee       [ ] Other _____

                  [ ] $455.00

Number of Service Copies _____              Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                              Receipt #: 2738174

Date Payment Rec'd: 04/30/2008                   Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____

[ ] Citation to Discover Assets             (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __04/30/2008__ as to _____
                                        (Date)
VISION CONTROLS CORPORATION
_____