**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IONIT TECHNOLOGIES, INC.** ) | **Civil Action No. 08 C 2470** |
| ) | |
| PLAINTIFF, ) | **Judge Ruben Castillo** |
| ) | |
| v. ) | **Magistrate Maria Valdez** |
| ) | |
| **VISION CONTROLS CORPORATION,** ) | |
| ) | **Jury Trial Demanded** |
| DEFENDANT. ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT
AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff ionit Technologies, Inc. states that it has no parent corporation and that no public affiliate holds more than 5% of its stock.

Respectfully submitted,

Dated: May 1, 2008

By: /s/ Michael L. Krashin
Timothy C. Meece (6226967)
  tmeece@bannerwitcoff.com
Binal J. Patel (6237843)
  bpatel@bannerwitcoff.com
Michael L. Krashin (6286637)
  mkrashin@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**Attorneys for Plaintiff ionit Technologies, Inc.**