# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2470 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Ionit Technologies, Inc. Vs. Vision Controls Corp. | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed copyright infringement complaint, said complaint is dismissed without prejudice for failure to establish jurisdiction or venue over the non-resident defendant. Plaintiff is given leave to proceed with service of the complaint and expedited discovery to establish whether appropriate jurisdiction and venue can be established in this district. Alternatively, plaintiff can refile this lawsuit in defendant's home district. Any amended complaint in this district should be filed by 8/29/2008. The parties are requested to fully exhaust all settlement possibilities before filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|